UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THE SAVINGS BANK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS,**

   Plaintiff,

v.                                                    No. 4:23-cv-0194-P

**JAY BRANDON BLACKSTON,**

   Defendants.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and this Court's order dated the same day (ECF No. 13), the Court enters this Final Judgment that this case is **DISMISSED with prejudice**. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **26th day of July 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE